### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CALUMET PHOTOGRAPHIC, INC., *et al.* | ) | Case No. 14-08893 |
| | ) | |
| | ) | Hon. Eugene R. Wedoff |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF HEARING ON FIRST INTERIM FEE APPLICATION
### OF JENNER & BLOCK LLP, AS COUNSEL FOR THE TRUSTEE

1. On December 10, 2014 at 9:30 a.m., the Honorable Eugene R. Wedoff will hold a hearing in Courtroom 744, 219 South Dearborn Street, Chicago, Illinois, to consider the First Interim Fee Application of Jenner & Block LLP, As Counsel For The Trustee (the "Application"). In the Application Jenner & Block is requesting interim compensation in the amount of $498,384.50 and reimbursement of expenses in the amount of $31,029.53. The Application covers the period from March 12, 2014 through October 31, 2014. This is Jenner & Block's first fee application.

2. You do not need to appear at the hearing on the Application. You only need to appear at this hearing if you have an objection to the fees or expenses requested by Jenner & Block.

3. If you wish to review a copy of the Application, you may contact Melissa Root at the number and address listed below, or you may access the Application through the Court's website at https://ecf.ilnb.uscourts.gov.

Catherine Steege (6183529)
Melissa M. Root (6288246)
Landon S. Raiford (6297473)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
PH:    (312) 222-9350
FAX:  (312) 527-0484

Dated: November 19, 2014