# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **CALUMET PHOTOGRPAHIC, INC,** | ) | Case No. 14-08893 |
| | ) | |
| Debtor. | ) | Hon. Deborah L. Thorne |

## TRUSTEE'S REPORT OF SALE

Pursuant to Fed. R. Bankr. P. 6004, the Trustee hereby reports the results of the sale following the trustee's Notice of Motion and Motion of Chapter 7 Trustee For An Order Approving The Sale of Certain Assets of the Debtors' Estates Free and Clear of All Liens, Claims, Interests, and Encumbrances Pursuant to 11 U.S.C. §§ 105 and 363 and Related Relief, [Dkt 589], which was granted by Court Order dated March 18, 2020 [Dkt 593]:

1. The Remnant Assets were sold for $30,000 to Cranehill Capital LLC.

Respectfully submitted,

CATHERINE STEEGE, not individually but as Trustee for the bankruptcy estate of Calumet Photographic, Inc.

BY:   */s/ Catherine Steege*
          Catherine Steege

Catherine Steege (06183529)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois  60654-3456
PH:   312/923-2952
FAX:  312/840-7352

Dated:  September 3, 2020