# EXHIBIT A

**EXHIBIT A**
**TIME SUMMARY BY ATTORNEY**

| NAME | TITLE | LAW SCHOOL CLASS | ADMITTED TO PRACTICE | DEPARTMENT | RATE | HOURS | AMOUNT |
|------|-------|------------------|----------------------|------------|------|-------|--------|
| Catherine Steege | Partner | 1982 | 1982 | Restructuring & Bankruptcy | 1,225.00 | .90 | 1,102.50 |
| Catherine Steege | Partner | 1982 | 1982 | | 1,150.00 | 1.20 | 1,380.00 |
| Landon S. Raiford | Partner | 2008 | 2008 | Restructuring & Bankruptcy | 900.00 | 2.20 | 1,980.00 |
| Landon S. Raiford | Partner | 2008 | 2008 | Restructuring & Bankruptcy | 860.00 | 20.00 | 17,200.00 |
| Landon S. Raiford | Partner | 2008 | 2008 | Restructuring & Bankruptcy | 850.00 | 4.20 | 3,570.00 |
| William A. Williams | Associate | 2015 | 2015 | Restructuring & Bankruptcy | 630.00 | 9.10 | 5,733.00 |
| William A. Williams | Associate | 2015 | 2015 | Restructuring & Bankruptcy | 550.00 | 44.70 | 24,585.00 |
| William A. Williams | Associate | 2015 | 2015 | Restructuring & Bankruptcy | 465.00 | 4.10 | 1,906.50 |
| Adam T. Swingle | Associate | 2018 | 2018 | Restructuring & Bankruptcy | 475.00 | 1.60 | 760.00 |
| Toi D. Hooker | Paralegal | N/A | N/A | Restructuring & Bankruptcy | 400.00 | .20 | 80.00 |
| Toi D. Hooker | Paralegal | N/A | N/A | Restructuring & Bankruptcy | 395.00 | 6.10 | 2,409.50 |
| Toi D. Hooker | Paralegal | N/A | N/A | Restructuring & Bankruptcy | 370.00 | 11.30 | 4,181.00 |
| **TOTAL** | | | | | | **105.60** | **$64,887.50** |

# EXHIBIT B

EXHIBIT B

**TIME SUMMARY BY CATEGORY**

| Matter | Full Name | Billing Rate | Time | Amount |
|---|---|---|---|---|
| CASE ADMINISTRATION - 10008 | | | | |
| | Catherine L. Steege | $1,225.00 | .70 | $857.50 |
| | Landon S. Raiford | $850.00 | .80 | $680.00 |
| | | **Total** | **1.50** | **$1,537.50** |

| Matter | Full Name | Billing Rate | Time | Amount |
|---|---|---|---|---|
| OBJECTION TO CLAIMS - 10016 | | | | |
| | Catherine L. Steege | $1,150.00 | 1.20 | $1,380.00 |
| | Landon S. Raiford | $900.00 | 2.20 | $1,980.00 |
| | Landon S. Raiford | $860.00 | 18.00 | $15,480.00 |
| | William A. Williams | $630.00 | 5.30 | $3,339.00 |
| | William A. Williams | $550.00 | 44.70 | $24,585.00 |
| | Adam T. Swingle | $475.00 | 1.60 | $760.00 |
| | Toi D. Hooker | $400.00 | .20 | $80.00 |
| | Toi D. Hooker | $395.00 | 3.10 | $1,224.50 |
| | | **Total** | **76.30** | **$48,828.50** |

| Matter | Full Name | Billing Rate | Time | Amount |
|---|---|---|---|---|
| SALES OF ASSETS - 10024 | | | | |
| | Catherine L. Steege | $1,225.00 | .20 | $245.00 |
| | William A. Williams | $630.00 | 2.60 | $,1,638.00 |
| | | **Total** | **2.80** | **$1,883.00** |

| Matter | Full Name | Billing Rate | Time | Amount |
|---|---|---|---|---|
| FEE PETITION - 10059 | | | | |
| | Landon S. Raiford | $850.00 | 3.00 | $2,550.00 |
| | William A. Williams | $630.00 | 1.20 | $756.00 |
| | William A. Williams | $465.00 | 4.10 | $1,906.50 |
| | Toi D. Hooker | $395.00 | 3.00 | $1,185.00 |
| | Toi D. Hooker | $370.00 | 11.30 | $4,181.00 |
| | | **Total** | **22.60** | **$10,578.50** |

| Matter | Full Name | Billing Rate | Time | Amount |
|---|---|---|---|---|
| PREFERENCE DEMANDS - 10105 | | | | |
| | Landon S. Raiford | $860.00 | 2.00 | $1,720.00 |
| | Landon S. Raiford | $850.00 | .40 | $340.00 |
| | | **Total** | **2.40** | **$2,060.00** |

| | | Grand Total | Time | Amount |
|---|---|---|---|---|
| | | **Grand Total** | **105.60** | **$64,887.50** |

# EXHIBIT C

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER:                54096

CALUMET PHOTOGRAPHIC INC.                                            NOVEMBER 4, 2020
C/O CATHERINE STEEGE, TRUSTEE                                        INVOICE #  9550041

FOR PROFESSIONAL SERVICES RENDERED                                  $ 64,887.50
THROUGH OCTOBER 31, 2020:

DISBURSEMENTS                                                        $ 2,882.44

                                TOTAL INVOICE          $ 67,769.94

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CALUMET PHOTOGRAPHIC INC.
C/O CATHERINE STEEGE, TRUSTEE

CLIENT NUMBER:  54096

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2020:

**CASE ADMINISTRATION**                                    **MATTER NUMBER - 10008**

| 12/12/18 | LSR | .80 | Communications with former employees regarding pending claims. | 680.00 |
|---|---|---|---|---|
| 1/02/20 | CS | .60 | Prepared letter to State of California regarding stay violation and attempted seizure of account. | 735.00 |
| 1/02/20 | CS | .10 | Telephone conference with California state attorney re stay violation and withdrawal of seizure notice. | 122.50 |
|  |  | 1.50 | PROFESSIONAL SERVICES | $ 1,537.50 |

**SUMMARY OF CASE ADMINISTRATION**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| CATHERINE L. STEEGE | .70 | 1,225.00 | 857.50 |
| LANDON S. RAIFORD | .80 | 850.00 | 680.00 |
| TOTAL | 1.50 |  | $ 1,537.50 |

MATTER 10008 TOTAL                                              $ 1,537.50

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**OBJECTION TO CLAIMS**                                                        **MATTER NUMBER - 10016**

| Date | Init | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 1/22/19 | LSR | 1.30 | Edited tax claim objections. | 1,118.00 |
| 2/04/19 | WAW | 2.80 | Reviewing and revising tax claim objections (2.7); meeting with L. Raiford re same (.1). | 1,540.00 |
| 2/05/19 | WAW | 2.60 | Continuing to review and revise tax claim objections. | 1,430.00 |
| 2/12/19 | LSR | .60 | Edited omnibus claim objections. | 516.00 |
| 2/13/19 | WAW | 1.00 | Reviewing omnibus claim objection procedures order to determine requirements for notice of fourth omnibus claim objection (.2); email correspondence with L. Raiford re same (.2); preparing notice to claimants affected by fourth omnibus claim objection (.2); multiple email correspondence with T. Hooker, M. Patterson, and L. Huff re preparations for filing and serving claim objections (.4). | 550.00 |
| 2/14/19 | WAW | .50 | Multiple email correspondence with T. Hooker, L. Huff, and M. Patterson re preparation for filing tax claim objections (.3); revising notices to claimants affected by Fourth Omnibus Claim Objection (.2). | 275.00 |
| 2/15/19 | WAW | 3.30 | Finalizing tax claim objections and fourth omnibus claim objection (1.6); reviewing and revising proposed orders re same (.5); preparing service lists re same (.5); meeting with T. Hooker re filing of same (.3); multiple telephone calls and email correspondence with T. Hooker, L. Huff, and M. Patterson re same (.4). | 1,815.00 |
| 2/15/19 | TDHX | 1.00 | Drafted fourteen proposed orders for claim objection motions. | 395.00 |
| 2/26/19 | WAW | 1.20 | Finalized tax claim objections and fourth omnibus claim objection for filing (.8); arranged for filing and service of same (.4). | 660.00 |
| 3/04/19 | LSR | 1.60 | Responded to multiple inquiries re omnibus claim objections. | 1,376.00 |
| 3/19/19 | WAW | .20 | Email correspondence with L. Raiford re responses to tax claim objections. | 110.00 |
| 4/01/19 | WAW | .50 | Email correspondence with L. Raiford re tax claim objections (.2); telephone call with creditor regarding claim objections (.1); email correspondence with creditor re same (.2). | 275.00 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 4/02/19 | WAW | 2.10 | Prepared for hearing on tax claim objections (.5); attended hearing on tax claim objections (.8); multiple email correspondence with C. Steege and L. Raiford re same (.4); reviewed IDOR claim objection (.2); email correspondence with C. Steege re amended IRS claim (.2). | 1,155.00 |
| 4/03/19 | LSR | 1.00 | Reviewed materials sent by California re two claim objections. | 860.00 |
| 4/03/19 | WAW | .30 | Telephone call with IDOR's counsel re IDOR claim (.2); email correspondence with C. Steege re same (.1). | 165.00 |
| 4/04/19 | LSR | 1.60 | Reviewed materials sent by California re two claim objections (.4); call with California counsel re same (.6); write up of call for C. Steege (.6). | 1,376.00 |
| 4/04/19 | WAW | .40 | Email correspondence with C. Steege and L. Raiford re tax claim objections (.2); prepared draft order re IDES claim objection (.2). | 220.00 |
| 4/08/19 | LSR | .50 | Reviewed State of California's materials supporting tax claims. | 430.00 |
| 4/09/19 | WAW | .40 | Email correspondence with C. Steege re IDES and IDOR claim objections (.2); email correspondence with IDES and IDOR's counsel re same (.2). | 220.00 |
| 4/10/19 | LSR | .30 | Call with California counsel re tax claims. | 258.00 |
| 4/10/19 | WAW | .10 | Email correspondence with IDES counsel re claim objection. | 55.00 |
| 4/16/19 | WAW | 1.00 | Attended hearing on customer property claim objections (.8); finalized and filed proposed orders resolving IDOR and IDES claim objections (.2). | 550.00 |
| 4/18/19 | LSR | 1.00 | Drafted summary of tax claim negotiation for C. Steege. | 860.00 |
| 5/03/19 | LSR | 1.00 | Researched issues raised by Department of Labor proof of claim. | 860.00 |
| 5/03/19 | WAW | .50 | Reviewed amended Dept. of Labor claim (.2); conferred with C. Steege and T. Hooker re same (.3). | 275.00 |
| 5/03/19 | TDHX | .90 | Located witness information re Timothy and Jennifer Williams to address Department of Labor questions. | 355.50 |

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 5/06/19 | WAW | 1.00 | Prepared for May 7 hearing on claim objections (.4); email correspondence with C. Steege and L. Raiford re same (.2); prepared revised proposed order re customer property claims (.3); arranged for filing of same (.1). | 550.00 |
| 5/06/19 | TDHX | .90 | Revised proposed order per W. Williams. | 355.50 |
| 5/07/19 | WAW | 1.00 | Attended hearing on Fourth Omnibus Claim objection and various tax claim objections (.8); prepared for same (.2); | 550.00 |
| 5/07/19 | TDHX | .30 | Revised and distributed corrected order per W. Williams. | 118.50 |
| 5/09/19 | LSR | 1.00 | Communication with California state attorney re tax claim objection. | 860.00 |
| 5/16/19 | WAW | .10 | Email correspondence with C. Steege re IRS claim objection. | 55.00 |
| 6/03/19 | WAW | .20 | Email correspondence with C. Steege and L. Raiford re Dept. of Labor claim objection. | 110.00 |
| 6/05/19 | WAW | .30 | Email correspondence with L. Raiford and J. VanDeventer re hearing on pending claim objections. | 165.00 |
| 6/13/19 | WAW | .40 | Meeting with L. Raiford re Dept. of Labor claim objection (.2); email correspondence with C. Steege re same (.2). | 220.00 |
| 6/24/19 | WAW | .10 | Email correspondence with P. Ramonas re contact information for individuals listed on Dept. of Labor's proof of claim. | 55.00 |
| 7/03/19 | WAW | .40 | Telephone call with Dept. of Labor's counsel re status of claim objection. | 220.00 |
| 7/10/19 | WAW | .60 | Telephone call with M. Ishu re Dept. of Labor claim objection (.4); email correspondence with C. Steege and L. Raiford re same (.2). | 330.00 |
| 7/11/19 | WAW | 1.40 | Prepared for (.3) and attended status hearing on Dept. of Labor and California claim objections (1.1). | 770.00 |
| 7/16/19 | WAW | .60 | Prepared proposed scheduling order re Dept. of Labor claim objection (.4); conferred with C. Steege re same (.2). | 330.00 |
| 7/17/19 | WAW | 1.00 | Conferred with M. Ishu re discovery and briefing schedule (.6); conferred with C. Steege re same (.2); coordinated filing of same (.2). | 550.00 |

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 7/23/19 | WAW | 2.50 | Telephone call with M. Ishu at Dept. of Labor re Trustee's status as ERISA plan administrator (.5); researched statutory and case law re same (1.2); prepared summary of discussion with M. Ishu and research for C. Steege (.6); conferred with L. Raiford re same (.2). | 1,375.00 |
|---|---|---|---|---|
| 8/19/19 | WAW | .20 | Telephone call with M. Ishu re upcoming discovery deadlines. | 110.00 |
| 9/03/19 | LSR | .50 | Reviewed initial disclosures to Dept. of Labor. | 430.00 |
| 9/03/19 | WAW | 1.40 | Prepared initial disclosures to Dept. of Labor (.8); conferred with L. Raiford re same (.2); finalized and served same (.1); reviewed Dept. of Labor's initial disclosures (.3). | 770.00 |
| 9/05/19 | LSR | .50 | Call with Dept. of Labor attorney. | 430.00 |
| 9/05/19 | WAW | .90 | Telephone call with M. Ishu re discovery issues (.5); prepared for same (.2); conferred with L. Raiford re same (.2). | 495.00 |
| 9/06/19 | WAW | .30 | Meeting with J. Bressel (ERISA counsel at Jenner) re Department of Labor issues and approach. | 165.00 |
| 9/17/19 | LSR | .40 | Prepared email to tax accountant re California tax issue. | 344.00 |
| 9/18/19 | LSR | 2.00 | Continued working on California tax issue. | 1,720.00 |
| 9/18/19 | WAW | .20 | Email correspondence with M. Ishu re extension of upcoming discovery deadlines (.1); conferred with L. Raiford re same (.1). | 110.00 |
| 9/19/19 | WAW | 1.00 | Attended status hearing on California tax claim objection (.8); conferred with L. Raiford and C. Steege re same (.2). | 550.00 |
| 9/24/19 | WAW | 1.00 | Drafted letter to ERISA plan participants re Dept. of Labor proof of claim (.4); reviewed and analyzed debtors' schedules and various other docket filings re same (.3); meeting with L. Raiford re same (.2); email correspondence with P. Hermon re same (.1). | 550.00 |
| 9/25/19 | WAW | .60 | Analyzed distribution waterfall to determine prudence of pursuing additional claim objections (.4); conferred with L. Raiford re same (.2). | 330.00 |
| 9/27/19 | LSR | 2.00 | Reviewed status of claim objections including whether additional objections are warranted. | 1,720.00 |

**JENNER & BLOCK LLP**

LAW OFFICES

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 9/30/19 | WAW | 2.70 | Reviewed secured, administrative, and priority claims to determine whether any additional objections are necessary (1.4); conducted waterfall analysis (.8); prepared summary of same for L. Raiford (.5). | 1,485.00 |
|---|---|---|---|---|
| 10/01/19 | WAW | 1.60 | Analyzed administrative and priority claims (1.1); prepared summary of same for L. Raiford (.5). | 880.00 |
| 10/07/19 | LSR | .50 | Email to trustee re issue with Dept. of Labor claim. | 430.00 |
| 10/10/19 | WAW | .30 | Email correspondence with M. Ishu re Dept. of Labor discovery dates (.2); conferred with L. Raiford re same (.1). | 165.00 |
| 10/14/19 | LSR | .80 | Reviewed letter to former employees re unpaid health care costs. | 688.00 |
| 10/14/19 | WAW | .90 | Drafted letters to Dept. of Labor claimants requesting confirmation of claim amounts (.5); conferred with L. Raiford re same (.2); arranged for service of same (.2). | 495.00 |
| 10/15/19 | WAW | .40 | Email correspondence with M. Ishu re claimant letters and status of discovery (.2); conferred with L. Raiford re same (.2). | 220.00 |
| 10/22/19 | WAW | .20 | Conferred with L. Raiford re Dept. of Labor discovery status. | 110.00 |
| 10/23/19 | WAW | .30 | Conferred with L. Raiford and A. Swingle re discovery requests to Dept. of Labor. | 165.00 |
| 10/23/19 | ATS | 1.60 | Drafted requests for production re Dept. of Labor claim. | 760.00 |
| 10/24/19 | WAW | .50 | Reviewed draft discovery requests to Dept. of Labor (.2); conferred with A. Swingle and L. Raiford re same (.2); served discovery requests on M. Ishu (.1). | 275.00 |
| 11/04/19 | WAW | .20 | Email correspondence with M. Ishu re Dept. of Labor discovery (.1); conferred with L. Raiford re same (.1). | 110.00 |
| 11/08/19 | WAW | .20 | Email correspondence with L. Raiford re validity of various administrative expense claims. | 110.00 |
| 11/22/19 | LSR | .60 | Worked with B. Williams on claim analysis. | 516.00 |
| 11/22/19 | WAW | 4.20 | Updated master claims chart to reflect current status of all claims (3.8); meeting with C. Steege and L. Raiford re same (.2); conferred with L. Raiford and J. VanDeventer re same (.2). | 2,310.00 |

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 12/09/19 | CS | 1.20 | Prepared objection to Coffee Pond claim. | 1,380.00 |
|---|---|---|---|---|
| 12/09/19 | LSR | .80 | Communications with A. Lasko re tax issues. | 688.00 |
| 12/09/19 | WAW | .80 | Updated spreadsheet summarizing status of claims and claim objections (.6); conferred with L. Raiford and C. Steege re same (.2). | 440.00 |
| 12/26/19 | WAW | .20 | Email correspondence with C. Steege and L. Raiford re California State Board of Equalization claim objection (.1); reviewed docket and claims register re same (.1). | 110.00 |
| 12/30/19 | WAW | .10 | Email correspondence with L. Raiford re status of Dept. of Labor claim objection. | 55.00 |
| 1/02/20 | LSR | 1.20 | Worked on resolution of California tax issue. | 1,080.00 |
| 1/02/20 | WAW | .60 | Email correspondence with M. Ishu re case status and proposed resolution of Dept. of Labor claim (.4); conferred with L. Raiford re same (.2). | 378.00 |
| 1/03/20 | WAW | .50 | Revised draft email to M. Ishu re case status (.3); conferred with L. Raiford re same (.2). | 315.00 |
| 1/06/20 | WAW | .40 | Telephone call with M. Ishu re status of Dept. of Labor claim objection (.2); conferred with L. Raiford re same (.2). | 252.00 |
| 1/14/20 | WAW | .90 | Attended hearing on Coffee Pond Productions claim objection (.8); conferred with C. Steege re same (.1). | 567.00 |
| 1/23/20 | WAW | 1.00 | Attended status hearing on California tax claim objection (.8); conferred with L. Raiford re same (.2). | 630.00 |
| 1/29/20 | WAW | .40 | Telephone call with M. Ishu re hearing on Dept. of Labor claim objection (.3); conferred with L. Raiford re same (.1). | 252.00 |
| 1/30/20 | WAW | 1.10 | Attended hearing on Dept. of Labor claim objection (.9); conferred with L. Raiford re same (.2). | 693.00 |
| 2/11/20 | LSR | 1.00 | Worked with California on resolving claim objection. | 900.00 |
| 2/17/20 | WAW | .20 | Telephone call to chambers re stipulation with California Dept. of Equalization (.1); conferred with L. Raiford re same (.1). | 126.00 |
| 2/17/20 | TDHX | .20 | ECF filed Stipulated Order. | 80.00 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 8/05/20 | WAW | .20 | Email correspondence with C. Steege re objection to employee claims. | 126.00 |
|---|---|---|---|---|
| | | 76.30 | PROFESSIONAL SERVICES | $ 48,828.50 |

**SUMMARY OF OBJECTION TO CLAIMS**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| CATHERINE L. STEEGE | 1.20 | 1,150.00 | 1,380.00 |
| LANDON S. RAIFORD | 2.20 | 900.00 | 1,980.00 |
| LANDON S. RAIFORD | 18.00 | 860.00 | 15,480.00 |
| WILLIAM A. WILLIAMS | 5.30 | 630.00 | 3,339.00 |
| WILLIAM A. WILLIAMS | 44.70 | 550.00 | 24,585.00 |
| ADAM T. SWINGLE | 1.60 | 475.00 | 760.00 |
| TOI D. HOOKER | .20 | 400.00 | 80.00 |
| TOI D. HOOKER | 3.10 | 395.00 | 1,224.50 |
| TOTAL | 76.30 | | $ 48,828.50 |

| MATTER 10016 TOTAL | | | $ 48,828.50 |
|---|---|---|---|

**JENNER & BLOCK LLP**

LAW OFFICES

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**SALE OF ASSETS**                                    **MATTER NUMBER - 10024**

| | | | | |
|---|---|---|---|---|
| 3/10/20 | CS | .20 | Email re auction sale to bidders. | 245.00 |
| 3/12/20 | WAW | 2.20 | Prepared for and attended hearing on remnant asset sale motion (1.1); conducted auction for Debtors' remnant assets (.3); prepared purchase agreement incorporating Cranehill's winning bid (.4); prepared proposed order approving sale to Cranehill (.2); conferred with C. Steege and G. Mullen re same (.2). | 1,386.00 |
| 3/16/20 | WAW | .20 | Submitted proposed order approving sale to Cranehill. | 126.00 |
| 4/22/20 | WAW | .20 | Email correspondence with G. Mullen re order approving remnant asset sale. | 126.00 |
| | | 2.80 | PROFESSIONAL SERVICES | $ 1,883.00 |

**SUMMARY OF SALE OF ASSETS**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| CATHERINE L. STEEGE | .20 | 1,225.00 | 245.00 |
| WILLIAM A. WILLIAMS | 2.60 | 630.00 | 1,638.00 |
| TOTAL | 2.80 | | $ 1,883.00 |

MATTER 10024 TOTAL                                              $ 1,883.00

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**FEE PETITION**                                         **MATTER NUMBER - 10059**

| | | | | |
|---|---|---|---|---:|
| 11/01/18 | WAW | .60 | Continued to prepare third interim fee application. | 279.00 |
| 11/05/18 | WAW | 1.10 | Continuing to prepare third interim fee application (.6); multiple email correspondence with L. Raiford and P. Hermon re same (.3); meeting with T. Hooker re same (.2). | 511.50 |
| 11/06/18 | LSR | 1.00 | Edited bill for inclusion in fee application. | 850.00 |
| 11/07/18 | LSR | 1.00 | Finalized review of bill for inclusion in fee application. | 850.00 |
| 11/13/18 | WAW | .10 | Email correspondence with T. Hooker re exhibits to third interim fee application. | 46.50 |
| 11/13/18 | TDHX | 5.30 | Prepared fee application exhibits and supporting documents from new invoices received. | 1,961.00 |
| 11/14/18 | WAW | 2.20 | Continuing to prepare third interim fee application (2.1); email correspondence with L. Raiford re same (.1). | 1,023.00 |
| 11/14/18 | TDHX | .50 | Revised exhibit F to add new expenses. | 185.00 |
| 11/14/18 | TDHX | .50 | Reviewed Mackinac fee application and drafted question same. | 185.00 |
| 11/16/18 | TDHX | .50 | Revised exhibits per edits from audit department. | 185.00 |
| 11/16/18 | TDHX | 4.50 | Finalized and ECF filed Jenner and Mackinac fee applications and supporting documents. | 1,665.00 |
| 12/06/18 | WAW | .10 | Telephone call with L. Raiford re hearing on Jenner's interim fee application. | 46.50 |
| 12/11/18 | LSR | 1.00 | Attended hearing on fee applications. | 850.00 |
| 12/09/19 | TDHX | 2.60 | Prepared Mackinac fee application and supporting documents for ECF filing. | 1,027.00 |
| 12/09/19 | TDHX | .40 | ECF filed Mackinac fee application. | 158.00 |
| 1/09/20 | WAW | 1.20 | Attended hearing on Mackinac Partner's final fee application (.8); prepared for same (.2); email correspondence with L. Raiford and C. Steege re same (.2). | 756.00 |
| | | 22.60 | PROFESSIONAL SERVICES | $ 10,578.50 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**SUMMARY OF FEE PETITION**

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| LANDON S. RAIFORD | 3.00 | 850.00 | 2,550.00 |
| WILLIAM A. WILLIAMS | 1.20 | 630.00 | 756.00 |
| WILLIAM A. WILLIAMS | 4.10 | 465.00 | 1,906.50 |
| TOI D. HOOKER | 3.00 | 395.00 | 1,185.00 |
| TOI D. HOOKER | 11.30 | 370.00 | 4,181.00 |
| TOTAL | 22.60 | | $ 10,578.50 |

| MATTER 10059 TOTAL | | | $ 10,578.50 |

LAW OFFICES

# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**EXPENSES**

**MATTER NUMBER - 10067**

| | | |
|---|---|---:|
| 11/16/18 | B&W Copy | .22 |
| 11/19/18 | Postage Expense (Service of Fee Application Notices) | 224.66 |
| 1/07/19 | Pacer Charges; PACER SERVICE CENTER; 01/07/2019; period 10/1/18-12/31/18. | 4.60 |
| 1/15/19 | Postage Expense | 1.42 |
| 1/22/19 | Postage Expense | 2.00 |
| 2/14/19 | B&W Copy | 42.24 |
| 2/15/19 | B&W Copy | 6.16 |
| 2/26/19 | Postage Expense (Service of Claims Objections) | 218.35 |
| 2/26/19 | B&W Copy (Copying service copies of Claims Objections) | 1,499.96 |
| 3/08/19 | Postage Expense | 1.60 |
| 3/08/19 | B&W Copy | 6.38 |
| 3/11/19 | Postage Expense | 1.75 |
| 3/18/19 | Postage Expense | 1.75 |
| 4/02/19 | B&W Copy | 29.70 |
| 4/08/19 | Pacer Charges; PACER SERVICE CENTER; 04/08/2019 Charges 1/1/19-3/31/19 | 7.10 |
| 5/02/19 | B&W Copy | .55 |
| 5/06/19 | Color Copy | 1.25 |
| 5/06/19 | B&W Copy | .11 |
| 5/17/19 | Postage Expense | .50 |
| 5/22/19 | Color Copy | 4.50 |
| 5/22/19 | B&W Copy | 41.91 |
| 5/28/19 | Color Copy | .50 |
| 6/19/19 | Color Copy | .75 |
| 7/08/19 | Pacer Charges; PACER SERVICE CENTER; 07/08/2019; Pacer Charges 04/01/2019 to 06/30/2019. | 2.70 |
| 7/31/19 | Westlaw Research | 199.99 |
| 8/08/19 | Database Search; Elan Corp Pymt; Mellin 08/27/19 Stmt; TLO TRANSUNION; Public records database search charges; 8/8/2019 (To locate former employee for Department of Labor Claim) | 90.00 |
| 9/11/19 | US Messenger 08/21/2019 | 8.50 |
| 11/26/19 | 11/26/2019 UPS Delivery Service 1Z6134380195738662 | 7.66 |
| 12/06/19 | Color Copy | 9.25 |
| 12/06/19 | B&W Copy | 40.26 |
| 12/09/19 | Postage Expense | 1.60 |
| 12/23/19 | Color Copy | 126.75 |
| 12/23/19 | B&W Copy | 87.12 |
| 12/31/19 | Pacer Charges; PACER SERVICE CENTER; 12/31/2019 | .20 |

**JENNER & BLOCK LLP**

LAW OFFICES
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| Date | Description | Amount |
|------|-------------|--------|
| 1/02/20 | B&W Copy | 1.98 |
| 1/07/20 | Color Copy | 9.50 |
| 1/07/20 | B&W Copy | 1.87 |
| 1/09/20 | Postage Expense | 3.60 |
| 1/13/20 | Postage Expense | 1.00 |
| 1/21/20 | US Messenger & Logistics 12/20/2019 | 8.50 |
| 2/18/20 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 02/18/ 2020 | 181.00 |
| 4/06/20 | Pacer Charges; PACER SERVICE CENTER; 04/06/2020 | 3.00 |
| | TOTAL DISBURSEMENTS | $ 2,882.44 |

MATTER 10067 TOTAL                                              $ 2,882.44

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| **PREFERENCE DEMANDS** | | | | **MATTER NUMBER - 10105** |
|---|---|---|---|---|
| 12/10/18 | LSR | .40 | Reached out to defendants re payment due dates. | 340.00 |
| 1/15/19 | LSR | 2.00 | Status hearing on remaining adversary proceedings (1.2); drafted notices of dismissal for same (.8). | 1,720.00 |
| | | 2.40 | PROFESSIONAL SERVICES | $ 2,060.00 |

**SUMMARY OF PREFERENCE DEMANDS**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| LANDON S. RAIFORD | 2.00 | 860.00 | 1,720.00 |
| LANDON S. RAIFORD | .40 | 850.00 | 340.00 |
| TOTAL | 2.40 | | $ 2,060.00 |

| | | |
|---|---|---|
| MATTER 10105 TOTAL | | $ 2,060.00 |
| | TOTAL INVOICE | $ 67,769.94 |

**SUMMARY OF PROFESSIONAL SERVICES**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| CATHERINE L. STEEGE | .90 | 1,225.00 | 1,102.50 |
| CATHERINE L. STEEGE | 1.20 | 1,150.00 | 1,380.00 |
| LANDON S. RAIFORD | 2.20 | 900.00 | 1,980.00 |
| LANDON S. RAIFORD | 20.00 | 860.00 | 17,200.00 |
| LANDON S. RAIFORD | 4.20 | 850.00 | 3,570.00 |
| WILLIAM A. WILLIAMS | 9.10 | 630.00 | 5,733.00 |
| WILLIAM A. WILLIAMS | 44.70 | 550.00 | 24,585.00 |
| ADAM T. SWINGLE | 1.60 | 475.00 | 760.00 |
| WILLIAM A. WILLIAMS | 4.10 | 465.00 | 1,906.50 |
| TOI D. HOOKER | .20 | 400.00 | 80.00 |
| TOI D. HOOKER | 6.10 | 395.00 | 2,409.50 |
| TOI D. HOOKER | 11.30 | 370.00 | 4,181.00 |
| TOTAL | 105.60 | | $ 64,887.50 |

# EXHIBIT D

**EXHIBIT D**

**DISBURSEMENT SUMMARY**

| Expenses | Amount |
|---|---|
| Photocopy and Related Expenses | $1,910.96 |
| Database Search | 90.00 |
| Messenger | 17.00 |
| Pacer Charges | 17.60 |
| Postage | 458.23 |
| UPS Delivery Service | 7.66 |
| Westlaw Research | 199.99 |
| Court Fees | 181.00 |
| **Total** | 2,882.44 |

# EXHIBIT E

# EXHIBIT E

**EXPENSES**                                                   **MATTER NUMBER - 10067**

| | | |
|---|---|---|
| 11/16/18 | B&W Copy | .22 |
| 11/19/18 | Postage Expense (Service of Fee Application Notices) | 224.66 |
| 1/07/19 | Pacer Charges; PACER SERVICE CENTER; 01/07/2019; period 10/1/18-12/31/18. | 4.60 |
| 1/15/19 | Postage Expense | 1.42 |
| 1/22/19 | Postage Expense | 2.00 |
| 2/14/19 | B&W Copy | 42.24 |
| 2/15/19 | B&W Copy | 6.16 |
| 2/26/19 | Postage Expense (Service of Claims Objections) | 218.35 |
| 2/26/19 | B&W Copy (Copying service copies of Claims Objections) | 1,499.96 |
| 3/08/19 | Postage Expense | 1.60 |
| 3/08/19 | B&W Copy | 6.38 |
| 3/11/19 | Postage Expense | 1.75 |
| 3/18/19 | Postage Expense | 1.75 |
| 4/02/19 | B&W Copy | 29.70 |
| 4/08/19 | Pacer Charges; PACER SERVICE CENTER; 04/08/2019 Charges 1/1/19-3/31/19 | 7.10 |
| 5/02/19 | B&W Copy | .55 |
| 5/06/19 | Color Copy | 1.25 |
| 5/06/19 | B&W Copy | .11 |
| 5/17/19 | Postage Expense | .50 |
| 5/22/19 | Color Copy | 4.50 |
| 5/22/19 | B&W Copy | 41.91 |
| 5/28/19 | Color Copy | .50 |
| 6/19/19 | Color Copy | .75 |
| 7/08/19 | Pacer Charges; PACER SERVICE CENTER; 07/08/2019; Pacer Charges 04/01/2019 to 06/30/2019. | 2.70 |
| 7/31/19 | Westlaw Research | 199.99 |

| Date | Description | Amount |
|---|---|---|
| 8/08/19 | Database Search; Elan Corp Pymt; Mellin 08/27/19 Stmt; TLO TRANSUNION; Public records database search charges; 8/8/2019 (To locate former employee for Department of Labor Claim) | 90.00 |
| 9/11/19 | US Messenger 08/21/2019 | 8.50 |
| 11/26/19 | 11/26/2019 UPS Delivery Service 1Z6134380195738662 | 7.66 |
| 12/06/19 | Color Copy | 9.25 |
| 12/06/19 | B&W Copy | 40.26 |
| 12/09/19 | Postage Expense | 1.60 |
| 12/23/19 | Color Copy | 126.75 |
| 12/23/19 | B&W Copy | 87.12 |
| 12/31/19 | Pacer Charges; PACER SERVICE CENTER; 12/31/2019 | .20 |
| 1/02/20 | B&W Copy | 1.98 |
| 1/07/20 | Color Copy | 9.50 |
| 1/07/20 | B&W Copy | 1.87 |
| 1/09/20 | Postage Expense | 3.60 |
| 1/13/20 | Postage Expense | 1.00 |
| 1/21/20 | US Messenger & Logistics 12/20/2019 | 8.50 |
| 2/18/20 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 02/18/2020 | 181.00 |
| 4/06/20 | Pacer Charges; PACER SERVICE CENTER; 04/06/2020 | 3.00 |
| | TOTAL DISBURSEMENTS | 2,882.44 |

MATTER 10067 TOTAL                                                    $ 2,882.44

# EXHIBIT F

Jenner & Block

# Transaction Detail by Account

(Transaction Data, 11/19/18 to 11/19/18 (Transaction Date), Matter Number equals '54096-10067' and Disbursement equals 'Mail')

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|---|---|---|---|---|---|---|
| **Matter: 54096-10067** | **(CALUMET PHOTOGRAPHIC, INC. / EXPENSES)** | | | | | |
| **Disbursement: Mail** | | | | | | |
| 11/19/2018 00:00 | Patterson, Marc | | 0:00:00 | 478 | USD | 224.66 |
| | | **Subtotal** | **0:00:00** | **478** | **USD** | **224.66** |
| | | **Total Matter: 54096-10067   (CALUMET PHOTOGRAPHIC, INC. / EXPENSES)** | | | **USD** | **224.66** |
| | | **Grand Totals:** | | | **USD** | **224.66** |

Jenner & Block

# Transaction Detail by Account

(Transaction Data, 2/14/19 to 2/14/19 (Transaction Date), Matter Number equals '54096-10067' and Disbursement equals 'Printing: Black & White')

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|---|---|---|---|---|---|---|
| **Matter: 54096-10067  (CALUMET PHOTOGRAPHIC, INC. / EXPENSES)** | | | | | | |
| **Disbursement: Printing: Black & White** | | | | | | |
| 02/14/2019 09:10 | Huff, Larwentha | Microsoft Word - CHICAGO-#2739013-v1-Completed_Merge_Document_for_Printing | 0:00:00 | 164 | USD | 18.04 |
| 02/14/2019 16:08 | Huff, Larwentha | Microsoft Word - CHICAGO-#2739150-v1-Merged_Letter_from_List_A_for_Printing | 0:00:00 | 164 | USD | 18.04 |
| 02/14/2019 16:10 | Huff, Larwentha | Microsoft Word - CHICAGO-#2739158-v1-Merge_from_List_B_for_Printing (002) | 0:00:00 | 56 | USD | 6.16 |
| | | **Subtotal** | **0:00:00** | **384** | **USD** | **42.24** |
| | | **Total Matter: 54096-10067  (CALUMET PHOTOGRAPHIC, INC. / EXPENSES)** | | | **USD** | **42.24** |
| | | **Grand Totals:** | | | **USD** | **42.24** |

Jenner & Block

# Transaction Detail by Account

(Transaction Data, 2/26/19 to 2/26/19 (Transaction Date), Matter Number equals '54096-10067' and Disbursement equals 'Printing: Black & White')

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|---|---|---|---|---|---|---|
| **Matter: 54096-10067   (CALUMET PHOTOGRAPHIC, INC. / EXPENSES)** | | | | | | |
| **Disbursement: Printing: Black & White** | | | | | | |
| 02/26/2019 10:31 | Huff, Larwentha | Microsoft Word - CHICAGO-#2739158-v1-Merge_from_List_B_for_Printing | 0:00:00 | 56 | USD | 6.16 |
| 02/26/2019 10:32 | Huff, Larwentha | Microsoft Word - CHICAGO-#2739150-v1-Merged_Letter_from_List_A_for_Printing | 0:00:00 | 164 | USD | 18.04 |
| 02/26/2019 11:32 | Sanchez, Irma | Docket No. 513 -SL removed.pdf | 0:00:00 | 580 | USD | 63.80 |
| 02/26/2019 11:37 | Sanchez, Irma | Docket No. 513 -SL removed.pdf | 0:00:00 | 2,958 | USD | 325.38 |
| 02/26/2019 11:43 | Sanchez, Irma | Docket No. 513 -SL removed (003).pdf | 0:00:00 | 580 | USD | 63.80 |
| 02/26/2019 11:51 | Sanchez, Irma | Docket No. 513 -SL removed (003).pdf | 0:00:00 | 2,958 | USD | 325.38 |
| 02/26/2019 12:14 | Sanchez, Irma | Docket No. 513 -SL removed (003).pdf | 0:00:00 | 2,900 | USD | 319.00 |
| 02/26/2019 12:26 | Sanchez, Irma | Docket No. 513 -SL removed (005).pdf | 0:00:00 | 2,900 | USD | 319.00 |
| 02/26/2019 14:46 | Hill, Andrew | Dkt 514.pdf | 0:00:00 | 32 | USD | 3.52 |
| 02/26/2019 14:47 | Hill, Andrew | Dkt 515.pdf | 0:00:00 | 29 | USD | 3.19 |
| 02/26/2019 14:47 | Hill, Andrew | Dkt 516.pdf | 0:00:00 | 17 | USD | 1.87 |
| 02/26/2019 14:47 | Hill, Andrew | Dkt 517.pdf | 0:00:00 | 22 | USD | 2.42 |
| 02/26/2019 14:47 | Hill, Andrew | Dkt 518.pdf | 0:00:00 | 21 | USD | 2.31 |
| 02/26/2019 14:47 | Hill, Andrew | Dkt 519.pdf | 0:00:00 | 18 | USD | 1.98 |
| 02/26/2019 14:48 | Hill, Andrew | Dkt 520.pdf | 0:00:00 | 16 | USD | 1.76 |
| 02/26/2019 14:48 | Hill, Andrew | Dkt 521.pdf | 0:00:00 | 18 | USD | 1.98 |
| 02/26/2019 14:48 | Hill, Andrew | Dkt 522.pdf | 0:00:00 | 26 | USD | 2.86 |
| 02/26/2019 14:48 | Hill, Andrew | Dkt 523.pdf | 0:00:00 | 20 | USD | 2.20 |
| 02/26/2019 14:48 | Hill, Andrew | Dkt 524.pdf | 0:00:00 | 16 | USD | 1.76 |
| 02/26/2019 14:48 | Hill, Andrew | Dkt 525.pdf | 0:00:00 | 20 | USD | 2.20 |
| 02/26/2019 14:48 | Hill, Andrew | Dkt 526.pdf | 0:00:00 | 15 | USD | 1.65 |
| 02/26/2019 14:56 | Hill, Andrew | Dkt 514.pdf | 0:00:00 | 32 | USD | 3.52 |
| 02/26/2019 14:57 | Hill, Andrew | Dkt 515.pdf | 0:00:00 | 29 | USD | 3.19 |
| 02/26/2019 14:57 | Hill, Andrew | Dkt 516.pdf | 0:00:00 | 17 | USD | 1.87 |
| 02/26/2019 14:57 | Hill, Andrew | Dkt 517.pdf | 0:00:00 | 22 | USD | 2.42 |
| 02/26/2019 14:57 | Hill, Andrew | Dkt 518.pdf | 0:00:00 | 21 | USD | 2.31 |
| 02/26/2019 14:57 | Hill, Andrew | Dkt 519.pdf | 0:00:00 | 18 | USD | 1.98 |
| 02/26/2019 14:57 | Hill, Andrew | Dkt 520.pdf | 0:00:00 | 16 | USD | 1.76 |
| 02/26/2019 14:57 | Hill, Andrew | Dkt 521.pdf | 0:00:00 | 18 | USD | 1.98 |
| 02/26/2019 14:57 | Hill, Andrew | Dkt 522.pdf | 0:00:00 | 26 | USD | 2.86 |
| 02/26/2019 14:57 | Hill, Andrew | Dkt 523.pdf | 0:00:00 | 20 | USD | 2.20 |
| 02/26/2019 14:57 | Hill, Andrew | Dkt 524.pdf | 0:00:00 | 16 | USD | 1.76 |

Created 4/1/2020 at  8:39:41AM

Jenner & Block

# Transaction Detail by Account

(Transaction Data, 2/26/19 to 2/26/19 (Transaction Date), Matter Number equals '54096-10067' and Disbursement equals 'Printing: Black & White')

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|-----------|------|---------|----------|-----|----------|--------|
| 02/26/2019 14:57 | Hill, Andrew | Dkt 525.pdf | 0:00:00 | 20 | USD | 2.20 |
| 02/26/2019 14:57 | Hill, Andrew | Dkt 526.pdf | 0:00:00 | 15 | USD | 1.65 |
| | | **Subtotal** | **0:00:00** | **13,636** | **USD** | **1,499.96** |
| | | **Total Matter: 54096-10067   (CALUMET PHOTOGRAPHIC, INC. / EXPENSES)** | | | **USD** | **1,499.96** |
| | | **Grand Totals:** | | | **USD** | **1,499.96** |

# Transaction Detail by Account

(Transaction Data, 2/26/19 to 2/26/19 (Transaction Date), Matter Number equals '54096-10067' and Disbursement equals 'Mail')

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|---|---|---|---|---|---|---|
| **Matter: 54096-10067** | **(CALUMET PHOTOGRAPHIC, INC. / EXPENSES)** | | | | | |
| **Disbursement: Mail** | | | | | | |
| 02/26/2019 00:00 | Williams, William | | 0:00:00 | 126 | USD | 218.35 |
| | | Subtotal | **0:00:00** | **126** | USD | **218.35** |
| | | Total Matter: 54096-10067    (CALUMET PHOTOGRAPHIC, INC. / EXPENSES) | | | USD | **218.35** |
| | | | | Grand Totals: | USD | **218.35** |

Jenner & Block

# Transaction Detail by Account

(Transaction Data, 4/2/19 to 4/2/19 (Transaction Date), Matter Number equals '54096-10067' and Disbursement equals 'Printing: Black & White')

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|---|---|---|---|---|---|---|
| **Matter: 54096-10067   (CALUMET PHOTOGRAPHIC, INC. / EXPENSES)** | | | | | | |
| **Disbursement: Printing: Black & White** | | | | | | |
| 04/02/2019 08:58 | Williams, William | Dkt 517.pdf | 0:00:00 | 22 | USD | 2.42 |
| 04/02/2019 08:58 | Williams, William | Dkt 521.pdf | 0:00:00 | 18 | USD | 1.98 |
| 04/02/2019 08:58 | Williams, William | Dkt 520.pdf | 0:00:00 | 16 | USD | 1.76 |
| 04/02/2019 08:58 | Williams, William | Dkt 523.pdf | 0:00:00 | 20 | USD | 2.20 |
| 04/02/2019 08:58 | Williams, William | Dkt 526.pdf | 0:00:00 | 15 | USD | 1.65 |
| 04/02/2019 08:59 | Williams, William | Dkt 525.pdf | 0:00:00 | 20 | USD | 2.20 |
| 04/02/2019 08:59 | Williams, William | Dkt 524.pdf | 0:00:00 | 16 | USD | 1.76 |
| 04/02/2019 08:59 | Williams, William | Dkt 522.pdf | 0:00:00 | 26 | USD | 2.86 |
| 04/02/2019 08:59 | Williams, William | Dkt 515.pdf | 0:00:00 | 29 | USD | 3.19 |
| 04/02/2019 08:59 | Williams, William | Dkt 519.pdf | 0:00:00 | 18 | USD | 1.98 |
| 04/02/2019 09:00 | Williams, William | Dkt 514.pdf | 0:00:00 | 32 | USD | 3.52 |
| 04/02/2019 09:00 | Williams, William | Dkt 516.pdf | 0:00:00 | 17 | USD | 1.87 |
| 04/02/2019 09:00 | Williams, William | Dkt 518.pdf | 0:00:00 | 21 | USD | 2.31 |
| | | **Subtotal** | **0:00:00** | **270** | **USD** | **29.70** |
| | | **Total Matter: 54096-10067   (CALUMET PHOTOGRAPHIC, INC. / EXPENSES)** | | | **USD** | **29.70** |
| | | **Grand Totals:** | | | **USD** | **29.70** |

**Account Group:** Firmwide Main Accounts
**Date Range:** June 26, 2019 - July 28, 2019
**Report Format:** Summary-Account by Client by User by Day by Day with City
**Products:** Westlaw, Westlaw Retired, Westlaw UK
**Content Families:** All Content Families

| | | | | | |
|---|---|---|---|---|---|
| Client 54096-10067 | | | | | |
| User Name WILLIAMS,WILLIAM A (16895361) | | | | | |
| Day 07/23/2019 | | | | | |
| Totals for Included | 28 | 1,695.00 USD | 183.47 USD | 16.51 USD | 199.99 USD |
| Totals for Day 07/23/2019 | 28 | 1,695.00 USD | 183.47 USD | 16.51 USD | 199.99 USD |
| Totals for User Name WILLIAMS,WILLIAM A (16895361) | 28 | 1,695.00 USD | 183.47 USD | 16.51 USD | 199.99 USD |
| Totals for Client 54096-10067 | 28 | 1,695.00 USD | 183.47 USD | 16.51 USD | 199.99 USD |

| Date | User | Transaction Type | Reference Id | Note | Charge | Balance | Description - SSNs and DLs cannot be displayed in details |
|------|------|------------------|--------------|------|--------|---------|----------------------------------------------------------|
| Jun 20, 09:04 | Paul Ramonas | Person Search - Advanced | 54096-10067 | EXPORT TO PDF | $0.00 | $600.00 | MARK JENKINS,NEWPORT BEACH, CA |
| Jun 20, 09:12 | Paul Ramonas | Person Search - Advanced | 54096-10067 | | $5.00 | $605.00 | CHRIS HARLOCKER,IL |
| Jun 20, 09:21 | Paul Ramonas | Person Search - Advanced | 54096-10067 | EXPORT TO PDF | $0.00 | $605.00 | CHRIS HARLOCKER,IL |
| Jun 20, 09:28 | Paul Ramonas | Person Search - Advanced | 54096-10067 | | $5.00 | $610.00 | ROB CATANIA,IL |
| Jun 20, 09:29 | Paul Ramonas | Person Search - Advanced | 54096-10067 | EXPORT TO PDF | $0.00 | $610.00 | ROB CATANIA,IL |
| Jun 20, 09:41 | Paul Ramonas | Person Search - Advanced | 54096-10067 | | $5.00 | $615.00 | CARY TURNER,VALLEJO, CA |
| Jun 20, 09:47 | Paul Ramonas | Person Search - Advanced | 54096-10067 | EXPORT TO PDF | $0.00 | $615.00 | CARY TURNER,VALLEJO, CA |
| Jun 20, 09:57 | Paul Ramonas | Person Search - Advanced | 54096-10067 | | $5.00 | $620.00 | MATT SWEIDER,NY |
| Jun 20, 09:57 | Paul Ramonas | Person Search - Advanced | 54096-10067 | | $5.00 | $625.00 | MATT SWAIDER,NY |
| Jun 20, 09:57 | Paul Ramonas | Person Search - Advanced | 54096-10067 | EXPORT TO PDF | $0.00 | $625.00 | MATT SWAIDER,NY |
| Jun 20, 10:10 | Paul Ramonas | Person Search - Advanced | 54096-10067 | | $5.00 | $630.00 | CHRISTOPHER M RUDY,PORTLAND, OR |
| Jun 20, 10:11 | Paul Ramonas | Person Search - Advanced | 54096-10067 | EXPORT TO PDF | $0.00 | $630.00 | CHRISTOPHER M RUDY,PORTLAND, OR |
| Jun 20, 10:24 | Paul Ramonas | Person Search - Advanced | 54096-10067 | NO CHARGE - DUPLICATE | $0.00 | $630.00 | CHRISTOPHER M RUDY,PORTLAND, OR |
| Jun 20, 10:42 | Paul Ramonas | Person Search - Advanced | 54096-10067 | | $5.00 | $635.00 | CHRISTY CARR,GIG HARBOR, WA |
| Jun 20, 10:43 | Paul Ramonas | Person Search - Advanced | 54096-10067 | EXPORT TO PDF | $0.00 | $635.00 | CHRISTY CARR,GIG HARBOR, WA |
| Jun 20, 09:02 | Paul Ramonas | Person Search - Advanced | 54096-10067 | | $5.00 | $600.00 | MARK JENKINS,NEWPORT BEACH, CA |
| Jun 23, 10:33 | Paul Ramonas | Person Search - Advanced | 54096-10067 | | $5.00 | $1,085.00 | STEVEN OSMUNSON,IL |
| Jun 23, 10:34 | Paul Ramonas | Person Search - Advanced | 54096-10067 | EXPORT TO PDF | $0.00 | $1,085.00 | STEVEN OSMUNSON,IL |
| Jun 23, 10:41 | Paul Ramonas | Person Search - Advanced | 54096-10067 | | $5.00 | $1,090.00 | YASSIN YASSIN,NORTH LAS VEGAS, NV |
| Jun 23, 10:41 | Paul Ramonas | Person Search - Advanced | 54096-10067 | EXPORT TO PDF | $0.00 | $1,090.00 | YASSIN YASSIN,NORTH LAS VEGAS, NV |
| Jun 23, 10:46 | Paul Ramonas | Person Search - Advanced | 54096-10067 | | $5.00 | $1,095.00 | CHAD FORSSTROM,PHILADELPHIA, PA |
| Jun 23, 10:46 | Paul Ramonas | Person Search - Advanced | 54096-10067 | EXPORT TO PDF | $0.00 | $1,095.00 | CHAD FORSSTROM,PHILADELPHIA, PA |
| Jun 23, 10:51 | Paul Ramonas | Person Search - Advanced | 54096-10067 | | $5.00 | $1,100.00 | JENNIFER D WAINZ,CA |
| Jun 23, 10:51 | Paul Ramonas | Person Search - Advanced | 54096-10067 | EXPORT TO PDF | $0.00 | $1,100.00 | JENNIFER D WAINZ,CA |
| Jun 23, 10:51 | Paul Ramonas | Person Search - Advanced | 54096-10067 | NO CHARGE - DUPLICATE | $0.00 | $1,100.00 | JENNIFER D WAINZ,CA |
| Jun 23, 11:23 | Paul Ramonas | Person Search - Advanced | 54096-10067 | | $5.00 | $1,105.00 | TIMOTHY D WILLIAMS,SAN BERNARDINO, CA |
| Jun 23, 11:24 | Paul Ramonas | Person Search - Advanced | 54096-10067 | EXPORT TO PDF | $0.00 | $1,105.00 | TIMOTHY D WILLIAMS,SAN BERNARDINO, CA |
| Jun 23, 11:49 | Paul Ramonas | Person Search - Advanced | 54096-10067 | | $5.00 | $1,110.00 | MICHAEL PHELAN,CAMBRIDGE, MA |
| Jun 23, 11:51 | Paul Ramonas | Person Search - Advanced | 54096-10067 | EXPORT TO PDF | $0.00 | $1,110.00 | MICHAEL PHELAN,CAMBRIDGE, MA |
| Jun 23, 11:52 | Paul Ramonas | Person Search - Advanced | 54096-10067 | EXPORT TO PDF | $0.00 | $1,110.00 | MICHAEL PHELAN,CAMBRIDGE, MA |
| Jun 23, 12:20 | Paul Ramonas | Person Search - Advanced | 54096-10067 | | $5.00 | $1,115.00 | RYAN BRESNAHAN,IL |
| Jun 23, 12:28 | Paul Ramonas | Person Search - Advanced | 54096-10067 | EXPORT TO WORD | $0.00 | $1,115.00 | RYAN BRESNAHAN,IL |
| Jun 23, 12:29 | Paul Ramonas | Person Search - Advanced | 54096-10067 | EXPORT TO PDF | $0.00 | $1,115.00 | RYAN BRESNAHAN,IL |
| Jun 23, 12:50 | Paul Ramonas | Person Search - Advanced | 54096-10067 | | $5.00 | $1,120.00 | JOHN LANING,IL |
| Jun 23, 12:59 | Paul Ramonas | Person Search - Advanced | 54096-10067 | | $5.00 | $1,125.00 | SHAKARI BLAND,NEW YORK, NY |
| Jun 23, 13:00 | Paul Ramonas | Person Search - Advanced | 54096-10067 | | $5.00 | $1,130.00 | ALFRED BLAND,NEW YORK, NY |
| Jun 23, 13:01 | Paul Ramonas | Person Search - Advanced | 54096-10067 | EXPORT TO PDF | $0.00 | $1,130.00 | ALFRED BLAND,NEW YORK, NY |

Jenner &Block

# Transaction Detail by Account

(Transaction Data, 12/6/19 to 12/31/19 (Transaction Date), Client Code equals '54096' and Disbursement equals 'Printing: Black & White')

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|---|---|---|---|---|---|---|
| **Matter: 54096-10024**  (CALUMET PHOTOGRAPHIC, INC. / SALE OF ASSETS) | | | | | | |
| **Disbursement: Printing: Black & White** | | | | | | |
| 12/06/2019 16:24 | Mason, Thomas | 19 12 06 - Print.pdf | 0:00:00 | 366 | USD | 40.26 |
| 12/23/2019 14:28 | Mason, Thomas | + 2019 12 20 - Authorities.pdf | 0:00:00 | 792 | USD | 87.12 |
| | | **Subtotal** | **0:00:00** | **1,158** | USD | **127.38** |
| | | **Total Matter: 54096-10024**  (CALUMET PHOTOGRAPHIC, INC. / SALE OF ASSETS) | | | USD | **127.38** |
| | | | | **Grand Totals:** | USD | **127.38** |

Jenner & Block

# Transaction Detail by Account

(Transaction Data, 12/23/19 to 12/23/19 (Transaction Date), Client Code equals '54096' and Disbursement equals 'Printing: Color')

| Date/Time | User | Details | | Duration | Qty | Currency | Charge |
|---|---|---|---|---|---|---|---|
| **Matter: 54096-10024   (CALUMET PHOTOGRAPHIC, INC. / SALE OF ASSETS)** | | | | | | | |
| **Disbursement: Printing: Color** | | | | | | | |
| 12/23/2019 14:28 | Mason, Thomas | + 2019 12 20 - Authorities.pdf | | 0:00:00 | 507 | USD | 126.75 |
| | | | **Subtotal** | **0:00:00** | **507** | **USD** | **126.75** |
| | | **Total Matter: 54096-10024   (CALUMET PHOTOGRAPHIC, INC. / SALE OF ASSETS)** | | | | USD | **126.75** |
| | | | **Grand Totals:** | | | USD | **126.75** |

**Johnston, Ian**

| | |
|---|---|
| **From:** | Hermon, Pamela A. |
| **Sent:** | Tuesday, February 18, 2020 11:09 AM |
| **To:** | Doppelt, Dylan T.; Docketing |
| **Cc:** | Steege, Catherine L. |
| **Subject:** | RE: In re Calumet Photographic 14-08893 - Motion of Chapter 7 Trustee for an Order Approving the Sale of Certain Assets |

Thank you! *C/M is 54096-10067*

---

**From:** Doppelt, Dylan T.
**Sent:** Tuesday, February 18, 2020 11:07 AM
**To:** Hermon, Pamela A. <PHermon@jenner.com>; Docketing <Docketing@jenner.com>
**Cc:** Steege, Catherine L. <CSteege@jenner.com>
**Subject:** RE: In re Calumet Photographic 14-08893 - Motion of Chapter 7 Trustee for an Order Approving the Sale of Certain Assets

Please see attached and below. Do you have a C/M for the filing fee?

## U.S. Bankruptcy Court

## Northern District of Illinois

Notice of Electronic Filing

The following transaction was received from Catherine L. Steege entered on 2/18/2020 at 11:00 AM CST and filed on 2/18/2020

**Case Name:**      Calumet Photographic, Inc.
**Case Number:**      14-08893
**Document Number:** 589

**Docket Text:**
Notice of Motion and Motion to Sell Property Free and Clear of Liens 363(f) - Certain Assets of the Debtors' Estates. Fee Amount $181, Filed by Catherine L. Steege ESQHearing scheduled for 3/12/2020 at 09:30 AM at 219 South Dearborn, Courtroom 613, Chicago, Illinois 60604. (Attachments: # (1) Proposed Order) (Steege, Catherine)

Thank you. Your transaction in the amount of **$ 181.00** has been completed. The transaction number is **41606146**.

**Detail description:**
Motion to Sell Property Free and Clear of Liens 363(f)(14-08893) [motion,msell] ( 181.00)